UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 3:22CR190(VAB) |
| v. | |
| JUSTIN C. MURPHY | December 11, 2023 |

## GOVERNMENT'S MOTION TO UNSEAL

The Government moves the Court to unseal this case for all purposes. In support of its motion, the government states as follows:

1. On September 6, 2022, a grand jury sitting in the District of Connecticut returned a sealed, multi-count indictment against defendant Justin C. Murphy. The grand jury indicted Murphy for his alleged role in a scheme to defraud investors in a hedge fund that he operated, the laundering of proceeds of that scheme, and tax evasion. He is charged with violations of 18 U.S.C. § 1343 (wire fraud), 18 U.S.C. § 1957 (money laundering), and 26 U.S.C. § 7201 (tax evasion).

2. The grand jury indictment and superseding indictment of Murphy were sealed pursuant to D. Conn. LCR 57(b)(2). Pursuant to D. Conn. LCR 57(b)(2), absent a motion to the contrary, the sealing will expire automatically upon Murphy's initial appearance.

3. As indicated in a prior filing, the Government had been seeking to arrest the defendant, who was believed to be residing overseas. The Court granted the Government's request for limited unsealing to facilitate that process.

4. On or about December 6, 2023, the defendant was arrested overseas, and is currently in custody in a foreign jurisdiction. The United States is in the process of seeking his return to Connecticut, which may take a substantial amount of time.

5. In light of the defendant's arrest, there is no longer a need to maintain the indictment under seal.

Wherefore, the United States respectfully requests that the Court enter an order unsealing this case.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

DAVID E. NOVICK
ASSISTANT U.S. ATTORNEY
157 Church St., 25th Floor
New Haven, Connecticut 06510
Tel. (203) 821-3700
Federal Bar No. phv02874